**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MONICA A., | Case No. EDCV 21-1036-AS |
|        Plaintiff, | |
|   v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | |
|        Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.


DATED:  September 15, 2022


                            /s/
                        ALKA SAGAR
          UNITED STATES MAGISTRATE JUDGE